# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
## DAYTON, OHIO

MITSUI SUMITOMO INSURANCE USA, INC. )
a/k/a Mitsui Sumitomo Marine Management (USA), Inc.
c/o    Donahue Law Group, LLC
       P.O. Box 359                            )
       Lebanon, Ohio 45036                              Case No. 03:16-cv-00191

                                               )

                        PLAINTIFF,             )

VS.                                            )       **ORDER AUTHORIZING THE**
                                                       **U.S. MARSHALL's OFFICE TO**
                                               )       **SERVE DEFENDANT**

Maxum Trans Inc.                               )
8834 S. Nida Court
Hickory Hills, Illinois 60457                  )       $24,625.43

            DEFENDANT            )

            ✳ ✳   ✳ ✳   ✳ ✳   ✳ ✳   ✳ ✳

The matter having come before this Court upon Motion, and the Court having

granted the motion:

The United States Marshall's Office is hereby authorized to serve the Summons

and Complaint upon the Defendant, Maxum Trans, Inc. Plaintiff shall provide the

required fees and documents to the U.S. Marshall's Office for such service. The U.S.

Marshall's Office shall return to the Court the completed service, or failure thereof.

_____
Judge Walter H. Rice

Proposed Entry Submitted by:

_____
**BRYAN SCOTT HICKS,**
**Ohio Reg. No. 0065022**
*Counsel for Plaintiff*