IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
DAYTON, OHIO

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE USA, INC. ) <br> a/k/a Mitsui Sumitomo Marine Management (USA), Inc. <br> c/o Donahue Law Group, LLC <br> P.O. Box 359 <br> Lebanon, Ohio 45036 ) <br> ) <br> PLAINTIFF, <br> VS. ) <br> Maxum Trans Inc. ) <br> 8834 S. Nida Court <br> Hickory Hills, Illinois 60457 ) <br> DEFENDANT | Case No. 03:16-cv-00191 <br><br> ENTRY OF DEFAULT judgement <br><br> $24,625.43 |

\* \* \* \* \* \* \* \* \* \*

### Entry of Default

It appearing that the Complaint herein was filed on May 18, 2016; the Defendant, Maxum Trans Inc. has been served by the U.S. Marshal's Service, and that no answer or other pleading has been filed by said Defendant as required by law:

NOW, THEREFORE, upon request of the Plaintiff, default judgement is hereby entered against the Defendant, Maxum Trans Inc., as provided in Rule 55(a), Federal Rules of Civil Procedure for the sum certain of $24,625.43, costs, and post judgment interest at the statutory rate as set forth in 28 USC §1961.

_____
Hon. Walter Rice, Judge